THE STATE OF OHIO, APPELLANT, *v.* CHIOMINTO, APPELLEE.

[Cite as *State v. Chiominto,* 121 Ohio St.3d 606, 2009-Ohio-1905.]

(No. 2008–1630—Submitted April 21, 2009—Decided April 29, 2009.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Thompson*, 121 Ohio St.3d 250, 2009-Ohio-314, 903 N.E.2d 618.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Charles E. Coulson, Lake County Prosecuting Attorney, and Karen A. Sheppert, Supervisor, Appellate Division, for appellant.

R. Paul LaPlante, Lake County Public Defender, and Vanessa R. Clapp, Supervising Attorney–Appellate Division, for appellee.